IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 19-CR-30097-NJR |
| DEVIN R. HUNT, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. On May 24, 2016, Devin R. HUNT sold 72 grams of heroin to a confidential source in a controlled buy that was audio and video recorded. This transaction occurred at 4856 Anderson Avenue in St. Louis, Missouri.

2. On that date, the confidential source paid HUNT $1000 in government funds as a down payment for the heroin.

3. On May 25, 2016, HUNT met with the confidential source in East St. Louis, Illinois, and collected $4,400 in government funds from the confidential source, which constituted full payment for the heroin received on May 24, 2016. This transaction was also audio and video recorded.

**So Stipulated.**

|  |  |
|---|---|
| *[signature]*<br>DEVIN R. HUNT<br>Defendant<br><br>*[signature]*<br>BOBBY BAILEY<br>Attorney for Defendant<br><br>Date: 6-79-19 | UNITED STATES OF AMERICA,<br><br>STEVEN D. WEINHOEFT<br>United States Attorney<br><br>*[signature]*<br>AMANDA M. FISCHER<br>Assistant United States Attorney<br><br>Date: 6/19/19 |

2